In the Matter of the Probate of the Will of ELIZABETH M. MILLER, Deceased. ROBERT E. SWEZEY, Appellant; CLARA L. MILLER, Respondent.

Argued October 16, 1946; decided November 14, 1946.

*Irving G. Kennedy* and *Alton W. Teale* for appellant.
*John E. Mack* and *David H. Moses* for respondent.

Order affirmed, with costs to the contestant payable out of the estate. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.